UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Petitioner, | : | Misc. Civil No. 3:02MC298 (EBB) |
| | : | |
| V. | : | |
| | : | |
| JOHN DIDUCA, | : | |
| | : | December 29, 2003 |
| Respondent. | : | |

**MOTION FOR ORDER TO SHOW CAUSE
WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT**

The petitioner, United States of America, in the above-captioned IRS summons enforcement proceeding hereby moves for an order to show cause as to why the respondent, John DiDuca, should not be held in contempt for his failure to obey the Court's Enforcement Order and Judgment entered in this matter on August 13, 2003. In support of this motion, the petitioner sets forth the following:

1. On January 22, 2002 an Internal Revenue Service administrative summons was issued by Revenue Officer Brian Milewski, concerning the investigation of correct federal income tax liability of John DiDuca, for the tax period ending December 31, 1995, December 31, 1996 and December 31, 1997.

2. The IRS administrative summons directed the respondent, John DiDuca, to appear before Revenue Officer Brian Milewski on January 31, 2002, at 915 Lafayette Boulevard, Room 122, Bridgeport, Connecticut 06604, to testify and to produce for examination books, papers, records, or other data described in the summons.

3. On January 22, 2003, Revenue Officer Brian Milewski served the IRS administrative summons on the respondent by handing a copy of the summons to the person to whom it was directed.

4. On January 31, 2002, the respondent, John DiDuca, failed to appear to testify and/or produce the records requested in the summons.

5. On November 1, 2002, Revenue Officer Brian Milewski served a copy of the Court's Order to Show Cause upon the respondent by leaving a copy of said order at respondent's last and usual place of abode.

6. On November 14, 2002, the respondent, John DiDuca, failed to appear before the Court to show cause as to why he should not be compelled to obey the IRS administrative summons. Respondent's wife, however, appeared for the hearing.

7. On November 14, 2002, the Court entered an Enforcement Order and Judgment requiring the respondent, John DiDuca, to appear before Revenue Officer Brian Milewski or his designated representative on December 17, 2002, at 915 Lafayette Boulevard, Room 122, Bridgeport, Connecticut 06604, to testify and to produce for examination books, papers, records, or other data described in the summons.

8. On November 14, 2002, Revenue Officer Brian Milewski served a true and attested copy of the Enforcement Order and Judgment on the respondent by handing a copy of the Order to the respondents wife in Court.

9. On December 17, 2002, the respondent, John DiDuca, did not appear before Revenue Officer Brian Milewski or his designated representative and failed to testify and/or produce the records requested in the summons.

10. The books, papers, records or other data sought by the summons, which have not been provided by the respondent, John DiDuca, are not already in the possession of the Internal Revenue Service.

11. All administrative steps required by the Internal Revenue Code for the issuance of the administrative summons have been taken.

WHEREFORE, the petitioner, United States of America, respectfully prays:

1. That the Court enter an order directing the respondent, John DiDuca, to show cause, if any, why he should not be held in contempt for failing to comply with and obey the Court's Enforcement Order and Judgment entered November 17, 2002;

2. That the petitioner, United States of America, recover its costs in maintaining this action; and

3. That the Court grant such other relief as is just and proper.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


BRENDA M. GREEN
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct19538

**CERTIFICATION**

      This is to certify that a copy of the within and foregoing was sent via United States mail, postage pre-paid, this 29th day of December, 2003 to:

JOHN DIDUCA  
433 CENTRAL AVE.  
NEW HAVEN, CT 06515

_____  
BRENDA M. GREEN  
ASSISTANT U.S. ATTORNEY