UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 30   9 34 AM '03
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :

    v.                              :   CASE NO. 3:02MC-298(EBB)

JOHN DIDUCA                       :

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs)

\_\_\_   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_   A ruling on the following motions which are currently pending (orefm.)

Doc. # _____

\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_   A conference to discuss the following: (orefmisc./cnf)

_X_   Other: (orefmisc./misc) Petition to Enforce Internal Revenue Service Summons

SO ORDERED this 30th day of December, 2003 at New Haven, Connecticut.

                          ELLEN BREE BURNS, SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

AO 72A
(Rev.8/82)