**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**    FILED

Jan 9  1 57 PM '04

U.S. DISTRICT COURT

UNITED STATES OF AMERICA,          :

                    Petitioner,          :          Misc. Civil No. 3:02MC298 (EBB)

          V.                              :

JOHN DIDUCA,                         :          January 9, 2004
                                          :          ~~December 29, 2003~~
                    Respondent.          :

## ORDER TO SHOW CAUSE

Upon the petitioner's Motion For Order To Show Cause Why Respondent Should Not Be

Held In Contempt, filed on December 29, 2003, it is

ORDERED that John DiDuca, appear before the United States District Court for the

District of Connecticut, at 141 Church Street, New Haven, Connecticut 06510, Courtroom

__4__ in that branch thereof presided over by the undersigned, on the _12th_ day of _February_

, 200_4_, at _2:00 p_.m to show cause why he should not be held in contempt for the failure to

comply with an Enforcement Order and Judgment dated November 14, 2002, directing him to

appear before Revenue Officer Brian Milewski or his designated representative on October 1,

2003, at the Office of the Area Director of the Internal Revenue Service, at 915 Lafayette

Boulevard, Room 122, Bridgeport, Connecticut 06604, to testify and to produce for examination

books, papers, records, or other data described in the summons.

It is further

ORDERED that a copy of this Order, together with the petitioner's motion, attached

hereto, be personally served upon the respondent, John DiDuca, on or before

_January 30_ , 200_4_, and that in accordance with the provisions of Rule

4(c)(1) of the Federal Rules of Civil Procedure, such service may be effected by any Revenue

Officer of the Internal Revenue Service.

It is further

ORDERED that within ~~eleven~~ seven days of service of a copy of this Order and the petitioner's

motion, the respondent, John DiDuca, shall file and serve a written response to the petition

supported by appropriate affidavits, as well as any motions the he desires to make. All motions

and issues raised by the respondent, John DiDuca, will be considered upon the return date of this

Order. Only those issues raised by motion or brought into controversy by the responsive

pleadings and supported by affidavit(s) will be considered at the return of this Order and any

uncontested allegations in the petitioner's motion will be considered as admitted.

DONE and ORDERED at New Haven, Connecticut, this ___9th___ day of

___January___, 2004.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

2