UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,          :
                                   :
            Petitioner,            :     Misc. Civil No. 3:02MC298(EBB)
                                   :
     V.                            :
                                   :
JOHN DIDUCA,                       :
                                   :     December 29, 2003
            Respondent.            :

## MOTION FOR ORDER TO SHOW CAUSE
## WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT

The petitioner, United States of America, in the above-captioned IRS summons enforcement proceeding hereby moves for an order to show cause as to why the respondent, John DiDuca, should not be held in contempt for his failure to obey the Court's Enforcement Order and Judgment entered in this matter on August 13, 2003. In support of this motion, the petitioner sets forth the following:

1. On January 22, 2002 an Internal Revenue Service administrative summons was issued by Revenue Officer Brian Milewski, concerning the investigation of correct federal income tax liability of John DiDuca, for the tax period ending December 31, 1995, December 31, 1996 and December 31, 1997.

2. The IRS administrative summons directed the respondent, John DiDuca, to appear before Revenue Officer Brian Milewski on January 31, 2002, at 915 Lafayette Boulevard, Room 122, Bridgeport, Connecticut 06604, to testify and to produce for examination books, papers, records, or other data described in the summons.

[Handwritten annotations in margins: "1", "Juan in light of respondent's compliance", "2/12/04 -- Denied without prejudice as moot"]