HONORABLE _J.G. Margolis_ (January 10, 2002)
DEPUTY CLERK _____   RPTR/ERO/TAPE _KathLoo_

TOTAL TIME: ___ hours ___ minutes

DATE _2/12/04_   START TIME _2:16p_   END TIME _2:19p_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:02mc298(EBB)_

USA

vs.

_Didca_

_B. Green AUSA_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel
_Marilyn DiDca_
_present_

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing   ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing   ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing   ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☒ #7   Motion _For Order To Show Cause_   ☐ granted ☒ denied ☐ advisement
☐ #___ Motion _____   ☐ granted ☐ denied ☐ advisement
(additional blank motion lines)

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

Hearing continued until _____ at _____

_Defendant in Compliance_